UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE ARNOLD MONTIEL #321211,

    Plaintiff,

v.

    Case No. 1:25-cv-262

    HONORABLE PAUL L. MALONEY

MARATHON, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing his complaint on March 10, 2025. On April 21, 2025, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed for failure to prosecute and failure to comply with the Court's order. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 5) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that the entire $405.00 filing fee is assessed against Plaintiff.

A Judgment will be entered consistent with this Order.

Dated: May 21, 2025                          /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge