UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE ARNOLD MONTIEL #321211,

    Plaintiff,

v.

    Case No. 1:25-cv-262

MARATHON, et al.,

    HONORABLE PAUL L. MALONEY

    Defendants.
_____/

**JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated:  May 21, 2025

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge